## UNITED STATES *versus* THOMAS COWLES, JOHN KNAPP, BENJAMIN DeWITT, SAMUEL AMIDON, ISAAC A. COMBS AND NATHANIEL CLARK

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Recognizance, continued *p. 168; (2) continued *p. 349; (3) recognizance extended, continued *p. 377.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) writ of habeas corpus; (3) transcript of county court record; (4) precipe for subpoena; (5) subpoena; (6) affidavit for continuance; (7) precipe for subpoena; (8) subpoena.

*1821 Calendar*, MS p. 70.